THE STATE OF OHIO, APPELLEE, *v.* LOOMER, APPELLANT.

[Cite as *State v. Loomer* (1996), 76 Ohio St.3d 398.]

(No. 96–710—Submitted July 10, 1996—Decided August 21, 1996.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Lisa Reitz Williamson,* Assistant Prosecuting Attorney, for appellee.

*James A. Draper,* Cuyahoga County Public Defender, and *Donald Green,* Assistant Public Defender, for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals. App.R. 26(B)(1) clearly provides that a "defendant in a criminal case may apply for reopening of the appeal from the *judgment of conviction and sentence,* based on a claim of ineffective assistance of counsel." (Emphasis added.) Since the judgment that Loomer complains about was an appeal from a motion to dismiss, and not an appeal from a judgment of conviction and sentence, no basis existed under App.R. 26(B) to reopen the appeal.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.